EXHIBIT "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

SEPTEMBER 2019                    002108

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| D F PACE | EMILY BAKER-WHITE |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| PENNSYLVANIA 18964 C/O THE BEASLEY FIRM, LLC 1125 WALNUT STREET PHILADELPHIA PA 19107 | 825 POST STREET APT. 524 SAN FRANCISCO CA 94109 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | FEDERAL COMMUNITY DEFENDER OFFICE FOR THE E.D.PA. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 601 WALNUT STREET SUITE 540 WEST &545 SUITE WEST PHILADELPHIA PA 19106 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | PLAIN VIEW PROJECT |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | P.O. BOX #641224 SAN FRANCISCO CA 94164 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION | |
|---|---|---|---|
| 1 | 4 | ☒ Complaint ☐ Writ of Summons | ☐ Petition Action ☐ Transfer From Other Jurisdictions ☐ Notice of Appeal |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less ☒ More than $50,000.00 | ☐ Arbitration ☒ Jury ☐ Non-Jury ☐ Other: | ☐ Mass Tort ☐ Savings Action ☐ Petition | ☐ Commerce ☐ Minor Court Appeal ☐ Statutory Appeals | ☐ Settlement ☐ Minors ☐ W/D/Survival |

| CASE TYPE AND CODE |
|---|
| 2L - LIBEL, SLANDER, MISREPRESENT |

| STATUTORY BASIS FOR CAUSE OF ACTION |
|---|
| |

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | FILED PRO PROTHY SEP 17 2019 A. SILIGRINI | IS CASE SUBJECT TO COORDINATION ORDER? YES      NO |
|---|---|---|

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: D F PACE

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| LOUIS F. TUMOLO | BEASLEY FIRM LLC 1125 WALNUT ST PHILADELPHIA PA 19107 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)592-1000 | (215)592-8360 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 314255 | lft@beasleyfirm.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| LOUIS TUMOLO | Tuesday, September 17, 2019, 12:04 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

## COMPLETE LIST OF DEFENDANTS:

1. EMILY BAKER-WHITE
   825 POST STREET APT. 524
   SAN FRANCISCO CA 94109
2. FEDERAL COMMUNITY DEFENDER OFFICE FOR THE E.D.PA.
   601 WALNUT STREET SUITE 540 WEST &545 SUITE WEST
   PHILADELPHIA PA 19106
3. PLAIN VIEW PROJECT
   P.O. BOX #641224
   SAN FRANCISCO CA 94164
4. INJUSTICE WATCH
   55 E. JACKSON BLVD. SUITE 640
   CHICAGO IL 60604

**THE BEASLEY FIRM, LLC**
By:  James E. Beasley, Jr., Esquire
      Louis F. Tumolo, Esquire
I.D. No.  83282/314255
1125 Walnut Street
Philadelphia, PA 19107-4997
(215) 592-1000
(215) 592.8360 (telefax)

Attorneys for ~~Plaintiff~~

Filed and Attested by the
Office of Judicial Records
17                        pm

| | | |
|---|---|---|
| **D F PACE, ESQUIRE**<br>Pennsylvania 18964,<br>c/o The Beasley Firm, LLC<br>1125 Walnut Street<br>Philadelphia, PA 19107 | : | PHILADELPHIA COUNTY<br>*Court of Common Pleas* |
| | : | September Term, 2019 |
| Plaintiff, | : | Case No.: 002108 |
| | : | JURY TRIAL DEMANDED |
| vs. | : | **PLAINTIFF'S COMPLAINT** |
| **EMILY BAKER-WHITE, ESQUIRE**<br>825 Post Street Apt. 524<br>San Francisco, CA 94109 | : | |
| And | : | |
| **FEDERAL COMMUNITY DEFENDER**<br>**OFFICE FOR THE EASTERN DISTRICT**<br>**OF PENNSYLVANIA**<br>601 Walnut Street, Suite 540 West & Suite 545<br>West<br>Philadelphia, PA 19106 | : | |
| And | : | |
| **PLAINVIEW PROJECT**<br>PO Box #641224<br>San Francisco, CA 94164 | : | |
| And | : | |
| **INJUSTICE WATCH**<br>55 E. Jackson Blvd., Ste. 640<br>Chicago, IL. 60604 | : | |
| Defendants. | : | |

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1009
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

| "NOTICE" | "AVISO" |
|---|---|
| You have been sued in court. If you wish to defend | Le han demandado a usted en la corte. Si usted quiere |

D F PACE V. EMILY BAKER-WHITE, ESQ., ET AL
NOTICE TO DEFEND

against the claims set forth in the following pages, you must take action within twenty (20) calendar days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

Philadelphia Bar Association
LAWYER REFERRAL & INFO.
One Reading Center
Phila., PA 19107
(215) 238-1701

defenderse de estas demandas dispuestas en las paginas siguientes, usted tiene veinte (20) calendario dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objecciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades o otros derechos iportantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA QUE SE ENCUENTRA ESCRITA ABAJO. ESTA OFICINA PUEDE PROVEER DE USTED INFORMACION SOBRE EMPLEAR A UN ABOGADO. SI USTED NO TIENE SUFICIENTE DINERO PARA EMPLEAR UN ABOGADO, ESTA OFICINA PUEDE PODER PROVEER DE USTED LA INFORMACION SOBRE LAS AGENCIAS QUE PUEDEN OFRECER SERVICIOS LEGAL A LAS PERSONAS ELEGIBLES EN UN HONORARIO REDUCIDO O NINGUN HONORARIO.

Asociacion de Licenciados de Filadelphia
Servicio de Referencia e Informacion
One Reading Center
Phila., PA 19107
(215) 238-1701

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

D F PACE V. EMILY BAKER-WHITE, ESQ., ET AL
NOTICE TO DEFEND

Case ID: 190902108

**THE BEASLEY FIRM, LLC**                    Attorneys for Plaintiff
By:  James E. Beasley, Jr., Esquire
     Louis F. Tumolo, Esquire
I.D. No.  83282/314255
1125 Walnut Street
Philadelphia, PA  19107-4997
(215) 592-1000
(215) 592.8360 (telefax)

| | | |
|---|---|---|
| **D F PACE, ESQUIRE** | : | PHILADELPHIA COUNTY |
| Pennsylvania 18964, | : | *Court of Common Pleas* |
| c/o The Beasley Firm, LLC | : | |
| 1125 Walnut Street | : | September Term, 2019 |
| Philadelphia, PA 19107 | : | |
| Plaintiff, | : | Case No.: |
| | : | |
| vs. | : | JURY TRIAL DEMANDED |
| | : | |
| **EMILY BAKER-WHITE, ESQUIRE** | : | **PLAINTIFF'S COMPLAINT** |
| 825 Post Street Apt. 524 | : | |
| San Francisco, CA 94109 | : | |
| | : | |
| and | : | |
| | : | |
| **FEDERAL COMMUNITY DEFENDER** | : | |
| **OFFICE FOR THE EASTERN DISTRICT** | : | |
| **OF PENNSYLVANIA** | : | |
| 601 Walnut Street, Suite 540 West & Suite 545 | : | |
| West | : | |
| Philadelphia, PA 19106 | : | |
| | : | |
| and | : | |
| | : | |
| **PLAINVIEW PROJECT** | : | |
| PO Box #641224 | : | |
| San Francisco, CA 94164 | : | |
| | : | |
| and | : | |
| | : | |
| **INJUSTICE WATCH** | : | |
| 55 E. Jackson Blvd., Ste. 640 | : | |
| Chicago, IL. 60604 | : | |
| Defendants. | : | |

The Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA  19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

## INTRODUCTION

1.      This lawsuit arises out of the Defendants' false and malicious attack on the Plaintiff, a Philadelphia Police Department Inspector with a previously outstanding personal and professional reputation in the community he serves.

2.      The Defendants published a public Internet database they described on their website as composed of posts by "local police officers" who "appeared to endorse violence, racism and bigotry" towards "Muslims," "black men" and/or "women."

3.      Defendants also stated that they "have redacted the names and images of faces of anyone other than the particular police officer making statements that meet [their] criterion."

4.      By including Plaintiff's Facebook comment and name in their database, Defendants implicated Plaintiff Pace as an officer who "meet[s] [their] criterion" of being a police officer who apparently "endorse[s] violence, racism and bigotry" toward "Muslims," "black men" and/or "women," whose biases thus revealed in the posts "could erode" and "undermine public trust and confidence in police" and "warrant an official investigation", who in his official duties as a police officer (indeed, an Inspector) carried the taint of these biases and acted in manner consistent with them, all of which are false, defamatory and cast him in a false light before the public.

5.      Plaintiff D F Pace has **never** made any type of post which denigrates persons on the basis of race, color, religion, ethnicity, sex or sexual orientation.  He detests such attitudes.

6.      The Defendants' actions have caused substantial damage to Plaintiff's reputation and has caused significant distress.

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

**D F PACE v. EMILY BAKER-WHITE, ESQ., ET AL**
PLAINTIFF'S COMPLAINT

Case ID: 190902108

7.     This lawsuit, to correct the outrageous implication that Plaintiff harbors bias or prejudice and has acted in a racist manner in his official capacity as a "local police officer," now follows.

## PARTIES

8.     D F Pace is a citizen of the Commonwealth of Pennsylvania.  He is an attorney and Inspector with the City of Philadelphia's Police Department.

9.     Emily Baker-White is a citizen of California with the address identified above.

10.     Federal Community Defender for the Eastern District of Pennsylvania ("Federal Defender") is a non-profit defense counsel organization incorporated under Pennsylvania state law with the address identified above.

11.     Injustice Watch is a 501(c)(3) non-profit organization which regularly conducts business within the County of Philadelphia and maintains a headquarters with the address identified above.

12.     The Plain View Project ("PVP") is a subsidiary of Injustice Watch, which regularly conducts business within the County of Philadelphia and maintains a principal place of business at the address identified above.

## JURISDICTION AND VENUE

13.     This Court has jurisdiction in that the amount in controversy substantially exceeds the arbitration limits, and plaintiff demands a jury trial.

14.     Venue is proper as the tortious and malicious conduct requiring this action occurred in and has been propagated throughout Philadelphia County.

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

D F PACE V. EMILY BAKER-WHITE, ESQ., ET AL
PLAINTIFF'S COMPLAINT

Case ID: 190902108

15.     Additionally, the defendants directed their conduct towards Philadelphia County by concentrating their investigation on members of the Philadelphia Police Department.

## FACTS

### *The Plain View Project Database*

16.     Defendant Baker-White was formerly employed by the Federal Defender.

17.     Defendant Baker-White, while employed by the Federal Defender, was investigating an alleged police brutality claim and discovered a social media post, shared publicly by a police officer, which she felt contained problematic content.

18.     This discovery prompted Defendant Baker-White to launch PVP and compile a database of social media posts using publicly available rosters of police officers across the United States.

19.     Defendant PVP's database consists of Facebook posts by current and former police officers in eight jurisdictions throughout the U.S., including Philadelphia, Pennsylvania.

20.     Defendant    PVP    operates    under    the    domain    name www.plainviewproject.org.

The Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA. 19107
215.592.1000
215.592.8360 (FAX)
www.beasleyfirm.com

D F Pace v. Emily Baker-White, Esq., et al
Plaintiff's Complaint

Case ID: 190902108

**ABOUT**

# About the Project

In the summer of 2016, a team of attorneys in Philadelphia learned that numerous local police officers had posted content on Facebook that appeared to endorse violence, racism and bigotry. In some of these posts, officers commented that apprehended suspects—often black men— "should be dead" or "should have more lumps on his head." In other Facebook conversations, officers advocated shooting looters on sight and using cars to run over protestors. Numerous posts deemed Islam "a cult, not a religion" and referred to Muslims as "savages" and "goat-humpers." And, in still others, officers appeared to joke about beating and raping women.

This discovery inspired the creation of the Plain View Project (PVP), a research project that has identified thousands of Facebook posts and comments by current and former police officers. We believe that these statements could erode civilian trust and confidence in police, and we hope police departments will investigate and address them immediately.

21.    The Defendants state that they "verified" Facebook profiles belonging to police officers and compiled a list for each jurisdiction.

22.    Next, the Defendants state they reviewed the public posts and comments of each "verified" account.

23.    Defendants state on their website that to determine inclusion in the database, "[Defendant PVP] reviewed each public post and comment made by the more than 3500 verified accounts, and assessed whether these posts or comments could undermine public trust and confidence in police.  The database available on this website includes images of more than 5000 posts and comments that [the Defendants] believe meet this criterion."

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

D F PACE V. EMILY BAKER-WHITE, ESQ., ET AL
PLAINTIFF'S COMPLAINT

Case ID: 190902108

## Methodology

The Plain View Project, established in the fall of 2017, obtained published rosters of police officers employed by eight jurisdictions across the United States. PVP then searched Facebook for the officers' names and made a list profiles that appeared to belong to them. Then, they searched within each profile for verification that the user was in fact the officer named on the rosters.

PVP used a number of verification process to confirm that a profile was maintained by an identified police officer. Some users reported specific police departments as their employers; others posted pictures of themselves in uniform. Some discussed making arrests or performing other police duties. When a PVP researcher obtained verification and confirmation for a profile, the researcher captured the screen with the verifying information and added it to PVP's files.

PVP then compiled a list of "verified" Facebook profiles of police officers for each jurisdiction. They reviewed each public post and comment made by the more than 3500 verified accounts, and assessed whether these posts or comments could undermine public trust and confidence in police. The database available on this website includes images of more than 5000 posts and comments that we believe meet this criterion. On this site, visitors can find posts and comments through a searchable database organized by officer name, rank, badge number, and jurisdiction.

All of the posts and comments that PVP captured were published on Facebook for any member of the public with a Facebook account to see. We nonetheless have redacted the names and images of faces of anyone other than the particular police officer making statements that meet PVP's criterion. Individuals often include friends and family in their profile pictures; we have redacted those images, so some officers' profile pictures are unavailable to view.

24.     Defendants also state on their website that when the Defendants determine a post or comment meets the requisite criteria, a screenshot is taken to preserve it for publishing in their database.

25.     The selected posts/comments are also published with metadata available to share the police officer's name, badge number, title, salary, and status.

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

D F PACE V. EMILY BAKER-WHITE, ESQ., ET AL
PLAINTIFF'S COMPLAINT

Case ID: 190902108

26.    For example, the Defendants identified and included in their database the alleged 16 March 2011 post below of Phoenix Police Officer Ben Carver stating: "It's a good day for a choke hold."





27.    For example, the Defendants identified and included in their database the alleged 14 July 2013 post of Phoenix Police Officer Joshua Ankert below.



THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

D F PACE v. EMILY BAKER-WHITE, ESQ., ET AL
PLAINTIFF'S COMPLAINT

Case ID: 190902108

28.   The Defendants identified and included in their database the alleged 30 September 2015 post of Philadelphia Police Officer Robert Oakes below.



### *The False Light Inclusion of Inspector D F Pace*

29.   Plaintiff, D F Pace, is an attorney and Inspector within the Philadelphia Police Department ("PPD").

30.   Plaintiff Pace is an 18-year veteran of the Philadelphia Police Department, having served in patrol as an officer, sergeant and lieutenant.

31.   In addition to his patrol experience, Plaintiff Pace has also held positions in the Law Department, as Judge Advocate, Police Academy Instructor, Public Information Officer, and Commanding Officer of the Court of Evidence Unit.

32.   Presently, Plaintiff Pace oversees the PPD Police Board of Inquiry which is responsible for taking appropriate action against other members of the PPD when a departmental violation has occurred.

33.   Plaintiff Pace operates a Facebook account under his legal name, "D F Pace."

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

34.     On 16 March 2016 Anthony Pfettscher created a Facebook post discussing the North Korean arrest of Otto Warmbier, an international news story at the time.  This post (see below) was also identified and included in Defendants database; although unstated in the post – and never stated by Defendants in their inclusion of it – Mr. Warmbier is a white male.

35.     Plaintiff Pace's response, "Insightful point" to Pfettscher's 16 March 2016 post was also included among the above-referenced posts as a post meeting Defendants' criterion of posts by "local police officers" who "appeared to endorse violence, racism and bigotry" and implied he acted in a manner consistent with such biases in his official capacity as a "local police officer."



THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

D F PACE V. EMILY BAKER-WHITE, ESQ., ET AL
PLAINTIFF'S COMPLAINT

Case ID: 190902108

36.     Based solely on his comment above, the defendants determined that Plaintiff Pace met their "criteria" of content that "undermine[s] public trust and confidence in police."

37.     By design, the Defendants characterize all posts and comments included in their database as equally problematic for all the same reasons, insofar as they endorse violence, bigotry and racism, and act in manners consistent with these biases in carrying out their official duties as local police officers.

38.     For that reason, the Defendants imply to the public that the officers endorse and display violence, bigotry and racism toward the citizens they have sworn to serve and the public should not have confidence in any of the officers identified and included in their database.

39.     In Defendant Baker-White's own words, "'[w]hen I look at those posts I don't see them as individual posts at this point,' [Defendant] Baker-White said. 'I see them in the aggregate as a body of statements and they seem like they're part of a larger narrative that exists in American policing, one that at times encourages violence or endorses vigilantism and discriminates against minority communities.'"[1]

40.     The Defendants' inclusion of Plaintiff in this database, for the reasons stated in the publication, reviewed above, and further stated by Defendant Baker-White herself, as quoted above, is a gross misrepresentation and falsely portrays Plaintiff as an officer who supports and endorses violence, racism and bigotry, who acts in manners consistent with those biases in carrying out his duties as a police officer, erodes and undermines public confidence in police, and warrants official investigation.

---

[1] Adam Gabbatt, *Good day for a chokehold: the police endorsing racism and violence on Facebook*, The Guardian (Jun. 25, 2019, 1:00 PM) https://www.theguardian.com/us-news/2019/jun/24/police-facebook-posts-racism-violence-plain-view-project

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

41. Further, inclusion in the database is defamatory per se and falsely implies Plaintiff is unfit for the proper conduct of his profession.

42. In that regard, it is well-established that a communication which imputes to another conduct or a character which is incompatible with the proper performance of his/her profession is defamatory *per se*:

> [I]t is well-settled that a communication which ascribes to another conduct, character, or a condition that would adversely affect his fitness for the proper conduct of his business, trade or profession, is defamatory per se.

Pelagatti v. Cohen, 536 A.2d 1337, 1345 (Pa. Super. 2000).

43. Defendants false publications, as detailed above, has caused Plaintiff Pace significant harm to his personal and professional reputation mental suffering, shame and humiliation and physical and emotional distress.

44. Defendants false publications as respect Plaintiff Pace, as detailed above, are at the very least implied, false and actionable assertions of fact. *See e.g.* Milkovich v. Lorain Journal Co., 497 U.S., 18-19 (1990); *see also* MacElree v. Philadelphia Newspapers, 674 A.2d 1050.

### COUNT I (DEFAMATION)
### PLAINTIFF v. EMILY BAKER-WHITE

45. Plaintiff incorporates by reference the other averments contained in this Complaint as though fully set forth at length herein.

46. Defendant Baker-White individually and acting through as an agent (actual, ostensible, or otherwise), servant, and/or employee, of Defendant Federal Defender, Defendant PVP and/or Defendant Injustice Watch, published the above-mentioned statements, innuendos and implications to individuals in Philadelphia,

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

D F PACE V. EMILY BAKER-WHITE, ESQ., ET AL
PLAINTIFF'S COMPLAINT

Case ID: 190902108

Pennsylvania, the nation, and the world, who understood the statements, innuendos and implications to refer to, and defame, Plaintiff Pace.

47.     Defendant Baker White knew that the viewers of this database would see the statements, innuendos, and implications as *fact* that the included police officers of the database support and endorse violence, racism and bigotry towards Muslims, black men and women, and act in manners consistent with those biases in carrying out their duties as a police officer.

48.     Defendant Baker White knew and intended that the statements would harm Plaintiff Pace personally and professionally such that his reputation would suffer irreparable harm as well cause mental suffering, shame and humiliation and physical and emotional distress.

49.     As a direct and proximate result of Defendant Baker White's malicious, intentional and reckless conduct as set forth above, Plaintiff Pace is entitled to damages as will compensate him for the injury to his personal and professional reputation, and for punitive damages to punish all named defendants (and all personnel involved in any aspect of the publications, including writing, editing or enabling the publications) for its conduct and to deter defendants, their personnel, and others similarly situated from similar acts in the future.

### COUNT II (DEFAMATION)
### PLAINTIFF V. FEDERAL COMMUNITY DEFENDER'S OFFICE FOR THE EASTERN DISTRICT OF PENNSYLVANIA

50.     Plaintiff incorporates by reference the other averments contained in this Complaint as though fully set forth at length herein.

51.     Defendant Federal Defender, acting through its agents (actual, ostensible, or otherwise), servants, and/or employees, employed and directed Defendant Baker-

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

D F PACE V. EMILY BAKER-WHITE, ESQ., ET AL
PLAINTIFF'S COMPLAINT

Case ID: 190902108

White to investigate and publish the above-mentioned statements, innuendos and implications to individuals in Philadelphia, Pennsylvania, the nation and the world.

52.    Defendant Federal Defender knew that the viewers of this database would see the statements, innuendos, and implications as *fact* that the included police officers of the database support and endorse violence, racism and bigotry towards Muslims, black men and women, and act in manners consistent with those biases in carrying out their duties as a police officer.

53.    Defendant Federal Defender knew and intended that the statements would harm Plaintiff Pace personally and professionally such that his reputation would suffer irreparable harm as well cause mental suffering, shame and humiliation and physical and emotional distress.

54.    As a direct and proximate result of Defendant Federal Defender's malicious, intentional and reckless conduct as set forth above, Plaintiff Pace is entitled to damages as will compensate him for the injury to his personal and professional reputation, and for punitive damages to punish all named defendants (and all personnel involved in any aspect of the publications, including writing, editing or enabling the publications) for its conduct and to deter defendants, their personnel, and others similarly situated from similar acts in the future.

### COUNT III (DEFAMATION)
### PLAINTIFF V. THE PLAIN VIEW PROJECT

55.    Plaintiff incorporates by reference the other averments contained in this Complaint as though fully set forth at length herein.

56.    Defendant PVP, acting through its agents (actual, ostensible, or otherwise), servants, and/or employees, employed and directed Defendant Baker-White

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

D F PACE v. EMILY BAKER-WHITE, ESQ., ET AL
PLAINTIFF'S COMPLAINT

Case ID: 190902108

to investigate and publish the above-mentioned statements, innuendos and implications to individuals in Philadelphia, Pennsylvania, the nation and the world.

57.     Defendant PVP knew that the viewers of this database would see the statements, innuendos, and implications as *fact* that the included police officers of the database support and endorse violence, racism and bigotry towards Muslims, black men and women, and act in manners consistent with those biases in carrying out their duties as a police officer.

58.     Defendant PVP knew and intended that the statements would harm Plaintiff Pace personally and professionally such that his reputation would suffer irreparable harm as well cause mental suffering, shame and humiliation and physical and emotional distress.

59.     As a direct and proximate result of Defendant PVP's malicious, intentional and reckless conduct as set forth above, Plaintiff Pace is entitled to damages as will compensate him for the injury to his personal and professional reputation, and for punitive damages to punish all named defendants (and all personnel involved in any aspect of the publications, including writing, editing or enabling the publications) for its conduct and to deter defendants, their personnel, and others similarly situated from similar acts in the future.

### COUNT IV (DEFAMATION)
### PLAINTIFF V. INJUSTICE WATCH

60.     Plaintiff incorporates by reference the other averments contained in this Complaint as though fully set forth at length herein.

61.     Defendant Injustice Watch, acting through its agents (actual, ostensible, or otherwise), servants, and/or employees, employed and directed Defendant Baker-White

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

D F PACE V. EMILY BAKER-WHITE, ESQ., ET AL
PLAINTIFF'S COMPLAINT

Case ID: 190902108

to investigate and publish the above-mentioned statements, innuendos and implications to individuals in Philadelphia, Pennsylvania, the nation and the world.

62.     Defendant Injustice Watch knew that the viewers of this database would see the statements, innuendos, and implications as *fact* that the included police officers of the database support and endorse violence, racism and bigotry towards Muslims, black men and women, and act in manners consistent with those biases in carrying out their duties as a police officer.

63.     Defendant Injustice Watch knew and intended that the statements would harm Plaintiff Pace personally and professionally such that his reputation would suffer irreparable harm as well cause mental suffering, shame and humiliation and physical and emotional distress.

64.     As a direct and proximate result of Defendant Injustice Watch's malicious, intentional and reckless conduct as set forth above, Plaintiff Pace is entitled to damages as will compensate him for the injury to his personal and professional reputation, and for punitive damages to punish all named defendants (and all personnel involved in any aspect of the publications, including writing, editing or enabling the publications) for its conduct and to deter defendants, their personnel, and others similarly situated from similar acts in the future.

### COUNT V (FALSE LIGHT)
### PLAINTIFF v. EMILY BAKER-WHITE

65.     Plaintiff incorporates by reference the other averments contained in this Complaint as though fully set forth at length herein.

66.     Defendant Baker-White individually and acting through as an agent (actual, ostensible, or otherwise), servant, and/or employee, of Defendant Federal Defender, Defendant PVP and/or Defendant Injustice Watch, published the above-

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

mentioned statements, innuendos and implications to individuals in Philadelphia, Pennsylvania, the nation, and the world.

67.     Despite the Defendant's awareness of the facts and circumstances relating to the written publication against Plaintiff Pace, the Defendant placed Plaintiff Pace in a false light before the public by inclusion in the database.

68.     The aforementioned false light in which Plaintiff Pace was placed would be highly offensive to a reasonable person.

69.     Defendant had knowledge of, or acted in reckless disregard as to the falsity of the matter she communicated and the false light in which Plaintiff Pace was placed.

70.     The publications have caused Plaintiff Pace significant harm to his personal and professional reputation as well as mental suffering, shame and humiliation and physical and emotional distress.

71.     As a proximate result of Defendant's malicious, intentional, or reckless conduct as set forth above, Plaintiff Pace is entitled to such damages as will compensate him for the injury to his professional and personal reputation, and for his physical and emotional distress, mental suffering, shame and humiliation and punitive damages to punish the Defendant for her conduct and to deter her and others similarly situated from similar acts in the future.

## COUNT VI (FALSE LIGHT)
## PLAINTIFF V. FEDERAL COMMUNITY DEFENDER'S OFFICE FOR THE EASTERN DISTRICT OF PENNSYLVANIA

72.     Plaintiff incorporates by reference the other averments contained in this Complaint as though fully set forth at length herein.

73.     Defendant Federal Defender, acting through its agents (actual, ostensible, or otherwise), servants, and/or employees, employed and directed Defendant Baker-

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

D F PACE V. EMILY BAKER-WHITE, ESQ., ET AL
PLAINTIFF'S COMPLAINT

Case ID: 190902108

White to investigate and publish the above-mentioned statements, innuendos and implications to individuals in Philadelphia, Pennsylvania, the nation and the world.

74.    Despite the Defendant's awareness of the facts and circumstances relating to the written publication against Plaintiff Pace, Defendant Federal Defender placed Plaintiff Pace in a false light before the public by inclusion in the database.

75.    The aforementioned false light in which Plaintiff Pace was placed would be highly offensive to a reasonable person.

76.    Defendant had knowledge of, or acted in reckless disregard as to the falsity of the matter it communicated and the false light in which Plaintiff Pace was placed.

77.    The publications have caused Plaintiff Pace significant harm to his personal and professional reputation as well as mental suffering, shame and humiliation.

78.    As a proximate result of Defendant Federal Defender's malicious, intentional or reckless conduct as set forth above, Plaintiff Pace is entitled to such damages as will compensate him for the injury to his professional and personal reputation, and for his physical and emotional distress, mental suffering, shame and humiliation and punitive damages to punish the Defendant for its conduct and to deter it and others similarly situated from similar acts in the future.

### COUNT VII (FALSE LIGHT)
### PLAINTIFF V. THE PLAIN VIEW PROJECT

79.    Plaintiff incorporates by reference the other averments contained in this Complaint as though fully set forth at length herein.

80.    Defendant PVP, acting through its agents (actual, ostensible, or otherwise), servants, and/or employees, employed and directed Defendant Baker-White

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

D F PACE V. EMILY BAKER-WHITE, ESQ., ET AL
PLAINTIFF'S COMPLAINT

Case ID: 190902108

to investigate and publish the above-mentioned statements, innuendos and implications to individuals in Philadelphia, Pennsylvania, the nation and the world.

81.   Despite the Defendant's awareness of the facts and circumstances relating to the written publication against Plaintiff Pace, Defendant PVP placed Plaintiff Pace in a false light before the public by inclusion in the database.

82.   The aforementioned false light in which Plaintiff Pace was placed would be highly offensive to a reasonable person.

83.   Defendant had knowledge of, or acted in reckless disregard as to the falsity of the matter it communicated and the false light in which Plaintiff Pace was placed.

84.   The publications have caused Plaintiff Pace significant harm to his personal and professional reputation as well as mental suffering, shame and humiliation.

85.   As a proximate result of Defendant PVP's malicious, intentional or reckless conduct as set forth above, Plaintiff Pace is entitled to such damages as will compensate him for the injury to his professional and personal reputation, and for his physical and emotional distress, mental suffering, shame and humiliation and punitive damages to punish the Defendant for its conduct and to deter it and others similarly situated from similar acts in the future.

### COUNT VIII (FALSE LIGHT)
### PLAINTIFF V. INJUSTICE WATCH

86.   Plaintiff incorporates by reference the other averments contained in this Complaint as though fully set forth at length herein.

87.   Defendant Injustice Watch, acting through its agents (actual, ostensible, or otherwise), servants, and/or employees, employed and directed Defendant Baker-White

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

D F PACE v. EMILY BAKER-WHITE, ESQ., ET AL
PLAINTIFF'S COMPLAINT

Case ID: 190902108

to investigate and publish the above-mentioned statements, innuendos and implications to individuals in Philadelphia, Pennsylvania, the nation and the world.

88.     Despite the Defendant's awareness of the facts and circumstances relating to the written publication against Plaintiff Pace, Defendant Injustice Watch placed Plaintiff Pace in a false light before the public by inclusion in the database.

89.     The aforementioned false light in which Plaintiff Pace was placed would be highly offensive to a reasonable person.

90.     Defendant had knowledge of, or acted in reckless disregard as to the falsity of the matter it communicated and the false light in which Plaintiff Pace was placed.

91.     The publications have caused Plaintiff Pace significant harm to his personal and professional reputation as well as mental suffering, shame and humiliation.

92.     As a proximate result of Defendant Injustice Watch's malicious, intentional or reckless conduct as set forth above, Plaintiff Pace is entitled to such damages as will compensate him for the injury to his professional and personal reputation, and for his physical and emotional distress, mental suffering, shame and humiliation and punitive damages to punish the Defendant for its conduct and to deter it and others similarly situated from similar acts in the future.

**WHEREFORE,** Plaintiff Pace, demands judgment against Defendants, in an amount of compensation for damages substantially in excess of the jurisdictional limit, together with interest and costs, and punitive damages in an amount which will punish the Defendant for his conduct and deter him and others similarly situated from similar acts in the future.

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215 592 8360 (FAX)
WWW.BEASLEYFIRM.COM

D F PACE V. EMILY BAKER-WHITE, ESQ., ET AL
PLAINTIFF'S COMPLAINT

Case ID: 190902108

## NOTICE OF PRESERVATION OF EVIDENCE

PLAINTIFF HEREBY DEMANDS AND REQUESTS THAT DEFENDANT TAKE NECESSARY ACTION TO ENSURE THE PRESERVATION OF ALL DOCUMENTS, COMMUNICATIONS, WHETHER ELECTRONIC OR OTHERWISE, ITEMS AND THINGS IN THE POSSESSION OR CONTROL OF ANY PARTY TO THIS ACTION, OR ANY ENTITY OVER WHICH ANY PARTY TO THIS ACTION HAS CONTROL, OR FROM WHOM ANY PARTY TO THIS ACTION HAS ACCESS TO, ANY DOCUMENTS, ITEMS OR THINGS WHICH MAY IN ANY MANNER BE RELEVANT OR RELATE TO THE SUBJECT MATTER OF THE CAUSES OF ACTION AND/OR THE ALLEGATIONS OF THIS COMPLAINT.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury for all causes of action and issues so triable.

**THE BEASLEY FIRM, LLC**

/s/ Louis F. Tumolo
James E. Beasley, Jr. (PA ID. 83282)
Louis F. Tumolo (PA ID. 314255)
The Beasley Building
1125 Walnut Street
Philadelphia, PA 19107
215.592.1000

Date: 17 September 2019

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

D F PACE v. EMILY BAKER-WHITE, ESQ., ET AL
PLAINTIFF'S COMPLAINT

Case ID: 190902108

## CERTIFICATE OF SERVICE

I, Louis F. Tumolo, Esquire, hereby certify that a true and correct copy of the foregoing is being served via process server and/or certified mail on the defendants addresses below:

**Emily Baker-White, Esq.**
825 Post Street Apt. 524
San Francisco, CA 94109

**Federal Community Defender Office for the Eastern District of PA**
601 Walnut Street, Suite 540 West & Suite 545 West
Philadelphia, PA 19106

**Plainview Project**
PO Box #641224
San Francisco, CA 94164

**Injustice Watch**
55 E. Jackson Blvd., Ste. 640
Chicago, IL. 60604

**THE BEASLEY FIRM, LLC**

/s/ Louis F. Tumolo
James E. Beasley, Jr., Esq. (PA ID. 83282)
Louis F. Tumolo (PA ID. 314255)
The Beasley Building
1125 Walnut Street
Philadelphia, PA 19107
215.592.1000
215.592.8360 (facsimile)
**Attorneys for Plaintiff D F Pace**

Dated: 17 September 2019

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

PACE V. EMILY BAKER-WHITE, ET AL
CERTIFICATE OF SERVICE

Case ID: 190902108