IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D. F. PACE, ESQUIRE,<br>      **Plaintiff,**<br><br>v.<br><br>EMILY BAKER-WHITE, PLAINVIEW PROJECT AND INJUSTICE WATCH,<br>      **Defendants.** | CIVIL ACTION<br><br><br><br>NO. 19-4827 |

## O R D E R

**AND NOW**, this 13th day of January, 2020, upon consideration of Defendants' Motion to Dismiss and briefing in support thereof (ECF Nos. 8, 14 & 22), and Plaintiff's response thereto (ECF Nos. 12 & 13), it is **HEREBY ORDERED** that the motion is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

The Clerk of Court **SHALL CLOSE** this case.

                                                  **BY THE COURT:**

                                                  **/s/Wendy Beetlestone, J.**

                                                  _____
                                                  **WENDY BEETLESTONE, J.**